UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
RECORD TRANSMITTAL FORM

Date: 6/19/2006

To: United States Court of Appeals     ATTN: (X) CIVIL
    For the Ninth Circuit
    Office of the Clerk                                      ( ) CRIMINAL
    95 Seventh Street
    San Francisco, California 94103           ( )JUDGE

From: U.S. District Court
     101 12th Ave Room 332
     Fairbanks, AK 99701

DC No: 4:03-cv-0020-RRB              Appeal No: 04-36132

Short title: State Farm v Hachez

Composition of Record

Clerk's Files in 2 volumes   (X) original    ( ) certified copy

      Bulky docs. 1 volumes, docket # 27
                       (folders)

Reporter's   in _____ volumes    ( ) original    ( )certified copy
Transcripts

Exhibits:    in _____ envelopes    ( ) under seal

           in _____ boxes       ( ) under seal

Other: _____

_____

(please note any documents filed under seal)

Acknowledgement: _____    Date: _____
"record.app" [11/21/97]

UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
RECORD TRANSMITTAL FORM

Date: 6/19/2006

To: United States Court of Appeals     ATTN: (X) CIVIL
    For the Ninth Circuit
    Office of the Clerk                   ( ) CRIMINAL
    95 Seventh Street
    San Francisco, California 94103      ( )JUDGE

From: U.S. District Court
       101 12th Ave Room 332
       Fairbanks, AK 99701

DC No: 4:03-cv-0020-RRB           Appeal No: 04-36132

Short title: State Farm v Hachez

Composition of Record

Clerk's Files in 2 volumes    (X) original    ( ) certified copy

      Bulky docs. 1 volumes, docket # 27
                               (folders)

Reporter's in _____ volumes    ( ) original    ( )certified copy
Transcripts

Exhibits:    in _____ envelopes    ( ) under seal

            in _____ boxes       ( ) under seal

Other: _____

_____

(please note any documents filed under seal)


Acknowledgement: _____ Date: _____
"record.app" [11/21/97]