UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

STATE FARM FIRE & CASUALTY )
COMPANY, an Illinois )
Corporation, )
 )
    Plaintiff-Appellee, )
 )
v. )
 )
MICHAEL A. HACHEZ, )
 )
    Defendant-Appellant. )  No. 04-36132
 ) D.C. No. CV-03-00020-F-RRB

RECEIVED
OCT 0 9 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

**STATEMENT OF OTHER COSTS**

    Plaintiff-Appellee State Farm Fire and Casualty Company ("State Farm"), by and through its counsel Sisson Law Group, P.C., hereby gives this statement per Circuit Rule 39-1 of the non-copying-related costs to which it is entitled.

| Date | Description | Amount |
|---|---|---|
| 3/29/05 | Courier to deliver Motion for Extension to Ninth Circuit Court of Appeals, billed by Docket Rocket | $25.00 |
| 3/29/07 | Courier to deliver Motion for Extension to Docket Rocket in San Francisco, California, billed by Federal Express | $16.15 |
| 4/29/05 | Cardstock covers for 18 briefs, 2 covers per brief, $0.20 per cover, billed by A-1 Duplicating Service | $7.20 |
| 4/29/05 | Comb binding for 18 briefs, one per brief, $1.85 each, billed by A-1 Duplicating Service | $33.30 |

//

| | | |
|---|---|---|
| 4/29/05 | Courier to deliver briefs to Ninth Circuit Court of Appeals, billed by Docket Rocket | $25.00 |
| 4/29/07 | Courier to deliver briefs to Docket Rocket in San Francisco, California, billed by Federal Express | $60.96 |

**TOTAL:** **$167.61**

By my signature appearing below, I hereby verify that the costs appearing in both this statement and the Bill of Costs submitted herewith were reasonably and necessarily incurred by State Farm in the course of this appeal.

DATED in Anchorage, Alaska, this 10th day of July, 2007.

SISSON LAW GROUP, P.C.
Attorney for State Farm Fire and
  Casualty Company

By: _____
    Craig Wm. Black



Sisson Law Group, P.C.
445 West Ninth Avenue
Anchorage, Alaska 99501
(907) 258-1991 telephone
(907) 258-9852 facsimile

CERTIFICATE OF SERVICE
THIS IS TO CERTIFY that on this 11th day of July, 2007, I caused a true and correct copy of both the foregoing and the Bill of Costs to be served by
☒ first class mail, postage prepaid
☐ hand delivery
on the following:

Ward M. Merdes
Merdes & Merdes, P.C.
P.O. Box 71309
Fairbanks, AK 99707

Robert John
Law Office of Robert John
P.O. Box 73570
Fairbanks, AK 99707

_____
Tessa A. Holcomb



Sisson Law Group, P.C.
445 West Ninth Avenue
Anchorage, Alaska 99501
(907) 258-1991 telephone
(907) 258-9852 facsimile